No. 237. RASMUSSEN *v.* HAMILTON, RECEIVER, ET AL. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jesse C. Duke* for petitioner. No appearance for respondents.

No. 243. PUCKETT *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John J. McCreary* for petitioner. No appearance for the United States.

No. 263. LESSER *v.* NEW YORK. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel Lesser, pro se.* No appearance for respondent.

No. 284. HUNTER *v.* ZERBST, WARDEN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Frank Hunter, pro se.* No appearance for respondent.